UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ANTHONY MOORE and JENI RAE MOORE, individually and as Successor-in-Interest to RM, deceased; and MM, a minor, by and through his guardian ad litem to be appointed, | No. 2:25-cv-03677-TLN-DMC |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| THE UNITED STATES OF AMERICA; CHENEGA INTEGRATED SECURITY SOLUTIONS, LLC; CHENEGA SECURITY & SUPPORT SOLUTIONS, LLC; CHENEGA SECURITY CALIFORNIA CORPORATION; and CHENEGA SECURITY INTERNATIONAL, LLC., | |
| Defendants. | |
| JONATHAN JORGENSEN, SR., individually and as Successor-in-Interest of Decedent, J.J., JR., and CRISTA JORGENSEN, | No. 2:25-cv-03681-DJC-DMC |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA; and CHENEGA SECURITY, | |
| Defendants. | |

1

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a).  The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 2:25-cv-03681-DJC-DMC is reassigned to Chief District Judge Troy L. Nunley and Magistrate Judge Dennis M. Cota, and the caption shall read 2:25-cv-03681-TLN-DMC.  The Clerk of the Court shall make the appropriate adjustment in assignment and shall issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

Date: February 25, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2