ERIC GRANT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2741

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ANTHONY MOORE and JENI RAE MOORE, individually and as successors-in-interest to RM, deceased; and MM, a minor, by and through his Guardian ad Litem to be appointed,<br><br>                      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; CHENEGA SECURITY (true legal name unknown); and DOES 1-50, inclusive, | CASE NO. 2:25-cv-3677 TLN DMC<br><br>[RELATED CASES]<br><br><br>ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS |
| JONATHAN JORGENSEN SR., individually and as Successor-in-Interest of Decedent, J.J., JR., and CRISTA JORGENSEN.<br><br>                      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; CHENEGA SECURITY (true legal name unknown); and DOES 1-50, inclusive,<br><br>                      Defendants. | CASE NO. 2:25-cv-3681 TLN DMC |

The Court has received and reviewed the parties' stipulated briefing schedule on Defendants' motions to dismiss and, good cause appearing, the Court hereby orders that:

- The United States' Motions to Dismiss shall be filed on Monday, March 16, 2026;

- Plaintiffs' Oppositions to the U.S. MTDs are due by Friday, April 17, 2026;

- The United States' replies to Plaintiffs' oppositions are due by Monday, April 27, 2026;

*MOORE AND JORGENSEN V. UNITED STATES, ET AL.,* 2:25-cv-3677 & 2:25-cv-3681 TLN DMC
Order re Stipulated Schedule on Defendants' Motions to Dismiss

1

- Defendant Chenega's Motion to Dismiss is due by Friday, April 17, 2026;

- Plaintiffs' Oppositions to Chenega's MTD are due by Friday, May 8, 2026;

- Chenega's replies to Plaintiffs' oppositions are due by Tuesday May 26, 2026.

IT IS SO ORDERED.

DATED: March 6, 2026

_____
Troy L. Nunley
Chief United States District Judge

*MOORE AND JORGENSEN V. UNITED STATES, ET AL.,* 2:25-cv-3677 & 2:25-cv-3681 TLN DMC
Order re Stipulated Schedule on Defendants' Motions to Dismiss

2