## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

BRIAN ANTHONY MOORE and JENI RAE MOORE, individually and as successors-in-interest to RM, Deceased; and MM, a minor, by and through his guardian ad litem to be appointed,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA; CHENEGA INTEGRATED SECURITY SOLUTIONS, LLC; CHENEGA SECURITY & SUPPORT SOLUTIONS, LLC; CHENEGA SECURITY CALIFORNIA CORPORATION; CHENEGA SECURITY INTERNATIONAL, LLC; and DOES 1-50, inclusive,

        Defendants.

Case No. 2:25-CV-03677-TLN-DMC

**ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM OF M.M.**

**Date: June 11, 2026**
**Time: 2:00 p.m.**
**Judge: Hon. Troy L. Nunley**

The Court, having considered the Plaintiffs' Motion for Appointment of Guardians Ad Litem for minor M.M., and good cause appearing, hereby **ORDERS** as follows: Brian Anthony Moore and Jeni Rae Moore are hereby appointed as Guardians Ad Litem for minor M.M. for purposes of this action. The appointed Guardians Ad Litem are authorized to act on behalf of minor M.M. in this litigation, including retaining counsel, making decisions regarding the prosecution of claims, and otherwise protecting the interests of the minor, subject to the supervision of the Court.

Dated: April 23, 2026

_____
Troy L. Nunley
Chief United States District Judge

---

1

ORDER GRANTING PLAINTIFF'S MOTION FOR
APPOINTMENT OF GUARDIAN AD LITEM OF M.M.